

Sara Z. Boriskin, Esquire
*Managing Partner, New York Office*

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

**VIA CM/ECF**

February 12, 2025

**MEMO ENDORSED**

Honorable Kenneth M. Karas
Southern District of New York

RE: Deutsche Bank National Trust Company v. Melvin, Dave A., et al.
    24-cv-06145
    Our File 24-217261

Dear Judge Karas:

    This office represents the Plaintiff in the above-referenced action. We were recently advised that our Proposed Clerk's Certificate of Default (doc #47) upon the property occupant, Kery Ann Broadie, was deemed deficient by the Clerk.

    Upon further investigation, we have determined that Kery Ann Broadie is not a necessary party defendant to the subject proceeding. That being the case, we respectfully request that the proceeding be discontinued solely as against Kery Ann Broadie.

    Thank you for your courtesies and cooperation herein.

Respectfully submitted,

Eric S. Sheidlower, Esq.

Granted. So Ordered.

2/13/2025